UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No: 22-17594-BKC-PGH
                                                 Chapter 13

Eduardo Moreno,

_____Debtor_____/

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value personal property securing the claim of US Small Business Administration.

2. *(Select only one)*:

    ___ Lender's collateral consists of a motor vehicle and is particularly described as follows:

    Year and Model of motor vehicle:
    Vehicle Identification Number (VIN #):
    Odometer reading: _____ miles

    X    Lender's collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows: All intangible and intangible personal property

3. At the time of the filing of this case, the value of the personal property is $2,426.00 as determined by the Debtor's knowledge of the value of the property.

4. The undersigned reviewed the docket and claims register and states (select only one):

    ___    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan in the amount of $00.00 at 0.0% and for a total of $0.00.

or

    X    Lender filed a proof of claim in this case (Proof of Claim #3). It shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim. Lender's secured claim shall be paid through the plan in the amount of $2,426.00 AT 3.75% for a total of $2,664.32.

5. The subject personal property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE**, the debtor respectfully requests an order of the Court (a) determining the value of the personal property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, and (d) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing, or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21

days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

Respectfully submitted,

Reyes & Calas-Johnson, P.A.
Attorneys for Debtor

By: _____/S/_____
Mary Reyes
FL Bar No. 120006
Reyes and Calas-Johnson, P.A.
782 NW 42nd Ave., #345
Miami, FL 33126
(305) 476-1900
(305) 476-0880
rcjlawpa@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on attached list, this 25TH day of January, 2023.

_____/S/_____
Mary Reyes

**SERVICE LIST**

Nancy K. Neidich, Trustee ECF registered

U.S. Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

SBA – Denver Finance Office
721 19th Street, 3rd Floor
Denver, CO 80202

U.S. Small Business Administration
Attn: Marilyn M Drake, Legal Assistant
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

U.S. Small Business Administration
100 S Biscayne Blvd,
Miami, FL 33131

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

LF-102 (rev. 08/01/11)

U.S. Small Business Administration
233 Peachtree Street, NE Suite 1800
Atlanta, GA 30303

U.S. Small Business Administration
200 W Santa Ava Blvd #180
Santa Ana, CA 92701

The Honorable Merrick B. Garland
Attorney General of the United States
950 Pennsylvania Ave. N.W.
Room 4400
Washington DC 20530-0001

Ariana Fajardo Orshan
United States Attorney
Southern District of Florida
99 N.E. 4th St.
Miami, FL 33132

U.S. Small Business Administration
Attm: Garret Lenox, Paralegal Specialist
200 W. Santa Ana Blvd, Suite 740
Santa Ana, CA 92701

U.S. Small Business Administration
51 SW 1st Ave #201,
Miami, FL 33130

U.S. Small Business Administration
Attn: Isabella Casillas Guzman, Administrator
409 3rd St., SW
Washington, DC 20416
**VIA CERTIFIED MAIL**